**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **EVELIO LOPEZ LARA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-384-R** |
| | ) | |
| **CHRIS GANTT, et al.,** | ) | |
| | ) | |
| **Respondents.** | | |

**ORDER**

Petitioner, a noncitizen, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 challenging his detention by U.S. Immigration and Customs Enforcement. Before the Court is the Report and Recommendation of United States Magistrate Judge Shon T. Erwin [Doc. No. 12] recommending that the Petition be granted in part. Respondents filed an Objection [Doc. No. 13] reasserting their opposition to *Santillan Quiroz v. Mullin*, 180 F.4th 1226 (10th Cir. 2026).[1]

Accordingly, after conducting a de novo review, the Report and Recommendation is ADOPTED and, for the reasons stated therein, the Petition for Writ of Habeas Corpus is GRANTED in part. Respondents are directed to provide Petitioner with a bond hearing before a neutral Immigration Judge within seven days or release Petitioner. Respondents shall certify compliance with this order.

---

[1] Within the time to file an objection, Petitioner filed a "Motion for Review" [Doc. No. 14] requesting expedited consideration of the case.

IT IS SO ORDERED this 8th day of September, 2026.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE